## Commonwealth *v.* Franks, Appellant.

Submitted March 20, 1972. *Mark A. Lublin,* for appellant; *James Garrett* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.